**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

JOHN MICHAEL BROUILLETTE, SR.,  :

    Plaintiff,  :

vs.  :  CA 22-0224-KD-MU

JOHANA BUCCI, etc., et al.,  :

    Defendants.

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated July 21, 2022 (doc. 4) is **ADOPTED** as the opinion of this Court.

**DONE** this 19th day of August 2022.

        s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**