IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL BROUILLETTE, SR., | : | |
| Plaintiff, | : | |
| vs. | : | CA 22-0224-KD-MU |
| JOHANA BUCCI, etc., et al., | : | |
| Defendants. | | |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that John Michael Brouillette, Sr.'s complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed.R.Civ.P. 41(b), for his failure to prosecute this action by complying with this Court's lawful order dated and entered June 16, 2022.

**DONE** this 19th day of August 2022.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**